[No. 19082–2–I.   Division One.   July 25, 1988.]

RONALD E. BROWN, *Appellant,* v. RICHARD WOLKE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–10788–0, Frank H. Roberts, Jr., J., entered July 29, 1986. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 20692–3–I.   Division One.   July 25, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DALILA DELA ROSA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–8–01119–6, Jerome M. Johnson, J., entered June 15, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 21185–4–I.   Division One.   July 25, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MARVIN RAY PETERS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–8–02193–1, Terrence A. Carroll, J., entered September 21, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 19564–6–I.   Division One.   July 25, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. TINA MARIE HADS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–02698–0, Frank L. Sullivan, J., entered November 25, 1986. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Grosse, JJ.